IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FISHER SCIENTIFIC COMPANY L.L.C., | : |
| | : |
| PLAINTIFF | : CIVIL ACTION NO. 11-200 |
| | : |
| v. | : |
| | : JUDGE LANCASTER |
| GREG STAGGS, | : |
| | : |
| DEFENDANT | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fisher Scientific Company L.L.C., by and through its counsel Babst, Calland, Clements and Zomnir, P.C., hereby files this within Notice of Dismissal With Prejudice.

Respectfully submitted,

By: /s/ James V. Corbelli
James V. Corbelli
Pa. I.D. No. 56671
jcorbelli@bccz.com
Rebecca J. Dick-Hurwitz
Pa. I.D. No. 62943
rdick-hurwitz@bccz.com
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
(412) 394-5649

Counsel for Plaintiff

SO ORDERED, this 7th day of December, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge

{B0639690.1}